**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ABBVIE INC., et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | No.  4:24-cv-00996-SRC |
| | ) | |
| CATHERINE L. HANAWAY, *in her* | ) | |
| *official capacity as Attorney* | ) | |
| *General of the State of Missouri,* | ) | |
| et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

**DEFENDANTS' MOTION TO DISMISS, AMENDED IN LIGHT OF
<u>*NOVARTIS*</u>**

Pursuant to this Court's Order dated July 8, 2026, and Fed. R. Civ. P. 12(b)(6), Defendants amend their Motion to Dismiss (Doc. 104) in light of the Eighth Circuit's opinion in *Novartis Pharm. Corp. v. Hanaway*, No. 25-1619, 2026 WL 1892141 (8th Cir. July 1, 2026). A supporting Memorandum accompanies this Motion.

1

Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

Louis J. Capozzi III, #77560 (MO)
*Solicitor General*
Office of Missouri Attorney General
815 Olive St., Suite 200
St. Louis, Missouri 63101
(573) 645-9662 Phone
(573) 751-0774 Fax
Louis.Capozzi@ago.mo.gov

 */s/ J. Patrick Sullivan*
J. Patrick Sullivan #42968 MO
*Deputy Solicitor General*
615 E. 13th Street, Suite 401
Kansas City, MO 64106
(816) 889-5019
Patrick.Sullivan@ago.mo.gov

J. Michael Patton # 76490 (MO)
*Deputy Solicitor General*
Office of Missouri Attorney General
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
Email: Michael.Patton@ago.mo.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ J. Patrick Sullivan